

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0125-14

**VERA ELIZABETH GUTHRIE-NAIL, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S MOTION FOR REHEARING
### FROM THE FIFTH COURT OF APPEALS
### COLLIN COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion. MEYERS, J., did not participate.

### O P I N I O N

Having granted the State's motion for rehearing in this case, and having considered its merits, we now conclude that the State's motion was improvidently granted. We deny the State's motion for rehearing. No further motions for rehearing will be entertained.

Delivered: November 23, 2016
Publish